# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128482

BURDA BROTHERS, INC., EFIM BURDA and
ELISSA BURDA, on behalf of themselves and their
then minor children, DOUGLAS BURDA,
MICHAEL BURDA, and JOSHUA BURDA, and
OLEG BURDA, ELLEN BURDA, and PARTY
MAX, INC.,
        Plaintiffs-Appellants,

v

WAYNE COUNTY PROSECUTOR,
        Defendant-Appellee,

and

WAYNE COUNTY SHERIFF and WAYNE
COUNTY SHERIFF DEPARTMENT,
        Intervening-Defendants/Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128482
COA: 250487
Wayne CC: 98-829170-CZ

On order of the Court, the application for leave to appeal the January 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

s1024

Clerk